IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

FRANCISCO PRECIADO-RAMIREZ,

           Defendant.

No. 03:11-CR-408-HZ

OPINION & ORDER

Charles F. Gorder , Jr.
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902

    Attorney for Plaintiff

Francisco Preciado-Ramirez, Pro Se
#73827-065
FCI Sheridan
PO Box 6000
Sheridan, Oregon 97378

1 - OPINION & ORDER

HERNANDEZ, District Judge:

Pursuant to a plea agreement, Defendant Francisco Preciado-Ramirez was sentenced on May 18, 2012. On May 24th, Defendant moved to vacate or correct the sentence under 28 U.S.C. § 2255. Defendant's attorney, Paul Petterson, has moved to withdraw because Defendant raised issues of ineffective assistance of counsel.

Defendant counsel's motion to withdraw (#30) is granted. The court has determined that the interests of justice warrant the appointment of substitute counsel. See 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Federal Public Defender is directed to appoint a substitute attorney from the CJA Panel to represent Defendant.

The Clerk of the Court is directed to send a copy of this order to the Federal Public Defender.

IT IS SO ORDERED.

Dated this 25 day of July, 2012.

/s/ Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 - OPINION & ORDER